## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Marcia M. Henry**              DATE:   **3/9/23**

DOCKET NUMBER:   **23CR99(DLI)**              Log #:  **12:13 – 12:17**

DEFENDANT'S NAME:   **Shlomo Patchiav**
   ✓ Present   ___ Not Present      ___ Custody   ✓ Bail

DEFENSE COUNSEL:   **Michael Weil**
   ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   **Lindsey Oken**         CLERK:   **Felix Chin**

INTERPRETER:   **Ruth Kohn**          (Language)   **Hebrew**

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **3/9/23**   Stop **4/14/23**

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **4/14/23** @ **11:00** before Judge **Irizarry**

Other Rulings: _____