**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Duty Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

March 15, 2023

Re: *United States v. Shlomo Patchiav,* 23 CR 99 (DLI)

Your Honor:

      I represent Mr. Patchiav, who is charged with conspiracy to commit extortion in violation of 18 U.S.C. § 1951.

      Mr. Patchiav was released on a bond secured by two properties with the requirement that documents securing the bond be filed by today. A confession of judgment as to one property, in Queens, was filed last week and the paperwork concerning it has been forwarded to the government. The second property is in Maryland and the defense requests an additional week to perfect the bond as to that property. The procedure for securing bonds in federal cases is somewhat different in Maryland. The government has yet to respond to the defendant's submission of the form and procedure we believe appropriate. The suretor went to the county clerk's office to file the form today anyway, but advises me that the head clerk was out and he has yet to be told whether the form could be filed as prepared.

Yours,
/s/
Michael Weil
(646) 588-8313

cc: AUSA Lindsay Oken