UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                          **NOTICE OF APPEARANCE**

against -                                                CASE #: 23-CR-99 (DLI)

SHLOMO PATCHIAV, also known as "Slava Fatkhiev",

                Defendant.
-----------------------------------------------------------------X
**SIR/MADAM:**

**PLEASE TAKE NOTICE**, that the undersigned counsel appears on behalf of Plaintiff, Shlomo Patchiav, also known as "Slava Fathiev", in the above-entitled case, having been retained as counsel for said Plaintiff and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Mineola, New York
        March 16, 2023

                                                                    Yours, etc.

                                                                    */s/ Michael L. Soshnick*
                                                                    Michael L. Soshnick, Esq.
                                                                    Attorney for Defendant
                                                                    170 Old Country Road
                                                                    Suite 307
                                                                    Mineola, New York 11501
                                                                    (516) 294-1111

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

against -

SHLOMO PATCHIAV, also known as "Slava Fatkhiev",

                Defendant.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**
CASE #: 23-CR-99 (DLI)

## NOTICE OF APPEARANCE

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant
170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501
(516) 294-1111