

U.S. Department of Justice

United States Attorney
Eastern District of New York

LRO
F. #2022R00580

271 Cadman Plaza East
Brooklyn, New York 11201

October 18, 2023

By E-mail and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Shlomo Patchiav
     Criminal Docket No. 23-99 (DLI)

Dear Judge Irizarry:

   The parties jointly and respectfully submit this letter, pursuant to the Court's September 8, 2023 order, to provide a status report in the above-captioned case. As set forth below, the parties respectfully request that the Court set a date for a status conference in approximately 30 days, and exclude time until that date.

   As the Court is aware, on March 6, 2023, a grand jury sitting in the Eastern District of New York returned an indictment charging the defendant with extortion conspiracy, in violation of Title 18, United States Code, Section 1951(a). Since then, the government has made substantial productions of discovery to the defendant, including on July 17, 2023, August 29, 2023 and September 26, 2023. The government will continue to produce any additional discovery to the defendant on a rolling basis, and work with defense counsel to answer any questions concerning the discovery produced to date.

   The parties have conferred in advance of this report and, at present, the defendant's review of the discovery is ongoing. Accordingly, the parties jointly and respectfully request that the Court adjourn the upcoming September 13, 2023 status conference, set a new date for a status conference in approximately 30 days, and exclude time under the Speedy Trial Act until that date. The parties respectfully submit that an exclusion of time from the Speedy Trial clock is in the interests of justice, as it will afford the defendant an opportunity to review discovery in order to

evaluate possible pretrial motions and facilitate the parties' discussion of a potential resolution of this matter.  See 18 U.S.C. § 3161(h)(7).

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:    /s/_____
                              Lindsey R. Oken
                              Assistant U.S. Attorney
                              (718) 254-6516

cc:      Counsel for the Defendant (by ECF)
          Clerk of Court (DLI) (by ECF)