

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IC
F. #2022R00580

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 8, 2025

By E-mail and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Shlomo Patchiav
              Criminal Docket No. 23-99 (DLI)

Dear Judge Irizarry:

        The parties respectfully submit this letter pursuant to the Court's January 2, 2025 order to provide the Court with proposed dates for the continued suppression hearing previously scheduled for January 9, 2025. The parties have conferred and the next available dates on which the parties and witnesses are available for the hearing are February 12, 2025, February 13, 2025, and February 14, 2025. Should the Court require additional proposed hearing dates, the parties will confer and provide additional available dates in February and March of 2025.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:   /s/ Irisa Chen
                        Irisa Chen
                        Assistant U.S. Attorney
                        (718) 254-6124

cc:    Clerk of Court (DLI) (by ECF)
        Counsel for the Defendant (by ECF)